UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR 19-416-01 |
| v. | : | |
| DYLAN YOUNG, | : | **FILED** |
| Defendant. | : | JUL 1 3 2020 |
| | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Dylan Young, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty, Distribution of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(2).

### Statement of Facts

Leading up to February 26, 2019, a detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the UC was ultimately invited to partake in a private group on KIK[1] entitled "Taboo Parents" and made the UC a moderator of the group by another member of that group.

Between February 26 and March 27, 2019, "Taboo Parents" had dozens of members who

---

[1] KIK is a freeware instant messaging mobile application where one can transmit and receive messages, photos, videos, sketches, mobile webpages, and other content. Users can communicate privately with other users or in groups.

entered into the group, including DYLAN CHARLES YOUNG (herein "YOUNG").

In the "Taboo Parents" KIK group, moderators and users discussed the sexual abuse of children and encouraged the members to post and share with "no limits." YOUNG was a group participant at this time. Also during this time, images and videos depicting child pornography were posted to the group by multiple users, including YOUNG, who posted child pornography to the group through KiK on his cellular telephone.

At 11:56AM EST on March 12, 2019, YOUNG posted a Mega.nz link to the group, prompting user "justmeag1" to respond "Wow. So hot." At that time, the UC reviewed the contents of the link provided by YOUNG and noted that the folder contained in the link was titled, "all" with other sub-files. The folder contained hundreds of videos depicting children as young as toddlers performing sexual acts.[2] These videos included but were not limited to:

1. a two minute and 31 second video file entitled "cp mg27.mp4," which depicted an adult female engaged in mouth to vagina contact with a female toddler;

2. an eight minute 46 second video file whose title begins "VID-20160221-WA00," which depicted an adult male penetrating the vagina of a prepubescent female child with his penis, and

3. a one minute and 25 second video entitled "cp fuck me.mp4" which depicted an adult male penetrating the vagina of a female toddler with his penis. There is an arrow drawn on the toddler's stomach pointing to her vagina.

Later on the same date, YOUNG also sent the group several videos depicting adult women performing sexual acts on prepubescent children directly to the group. Examples of those videos are described as follows:

1. A video depicting an adult female engaged in mouth to penis contact with a male toddler;

2. A video depicting an adult female engaged in mouth to penis contact with a prepubescent male child who appears approximately 9 years old; and

---

[2] Pursuant to Sentencing Guidelines Section 2G2.2 application note 6, each video herein is considered to have 75 images for the purpose of applying the enhancement in Subsection 2G2.2(b)(7)

3. A video depicting an adult female engaged in mouth to vagina contact with a female toddler.

After sending the videos, YOUNG made the following comment: "I fucking love watching moms play." In response to the videos, IVERSON commented "Love the last vid" and "Nice vid mmm."

FBI used administrative subpoena returns, law enforcement and open source databases to confirm the identity of "ohyes2756," as the defendant, Dylan YOUNG.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

/s/_____

Nicholas Miranda
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 04FEB2020

Dylan Young
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: Feb. 4, 2020

Joseph Caleb
Attorney for Defendant